617 A.2d 1217

STATE OF NEW JERSEY v. RALPH EDWARDS.

October 19, 1992.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of the amended findings of the trial court.

Jurisdiction is not retained.

617 A.2d 1217

M. EDWIN BRY, T/A BRY'S MARINE v. S2 YACHTS, INC.

October 22, 1992.

Certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Instructional Systems, Inc. v. Computer Curriculum Corporation,* 130 *N.J.* 324, 614 *A.*2d 124 (1992).

617 A.2d 1217

STATE OF NEW JERSEY v. FRANK PAPP.

October 22, 1992.

Certification is denied, the denial being without prejudice to the defendant raising *State v. Howard,* 110 *N.J.* 113, 539 *A.*2d 1203 (1988) in an appropriate petition for post-conviction relief.